**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| HOOPER HOLMES, INC., | : | Case No. 18-23302 (RDD) |
| | : | |
| Debtor. | : | |
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| HOOPER DISTRIBUTION SERVICES, LLC., | : | Case No. 18-23307 (RDD) |
| | : | |
| Debtor. | : | |
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| HOOPER WELLNESS, LLC., | : | Case No. 18- 23303 (RDD) |
| | : | |
| Debtor. | : | |
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| ACCOUNTABLE HEALTH SOLUTIONS, LLC., | : | Case No. 18-23310 (RDD) |
| | : | |
| Debtor. | : | |
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| HOOPER INFORMATION SERVICES, INC. | : | Case No. 18-23308 (RDD) |
| | : | |
| Debtor. | : | |
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| HOOPER KIT SERVICES, LLC, | : | Case No. 18-23305 (RDD) |
| | : | |
| Debtor. | : | |

In re:                                          :
                                                :
PROVANT HEALTH SOLUTIONS, LLC.,                 :   Chapter 11
                                                :
        Debtor.[1]                              :   Case No. 18-23309
                                                :
                                                :
-----------------------------------------------------------x

## ORDER (I) DIRECTING JOINT ADMINISTRATION
## OF CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF

Upon the unopposed motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"): (a) directing the joint administration of the Debtors' chapter 11 cases for procedural purposes only and (b) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the *Amended Standing Order of Reference from the United States District Court for the Southern District of New York*, dated December 1, 2016; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) that this Court may decide by a final order consistent with Article III of the United States Constitution; and this Court having found that venue of the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and there being due and sufficient notice of the Motion under the circumstances; and upon the record of the hearing held by the Court on the Motion on August 28, 2018; and, after due deliberation, this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein and that such relief is

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows:  Hooper Holmes, Inc. (9359); Hooper Distribution Services, LLC (6838); Hooper Wellness, LLC (6005); Accountable Health Solutions, LLC (9625); Hooper Information Services, Inc. (4927); Hooper Kit Services, LLC (8378); and Provant Health Solutions, LLC (8511).  The location of the Debtors' corporate headquarters is 560 N. Rogers Road, Olathe, KS 66286.

[2]   Capitalized terms used in this Order and not immediately defined have the meanings given to such terms in the Motion or in the First Day Declaration, as applicable.

2

in the best interests of the Debtors' estates, their creditors, and other parties-in-interest; now, therefore, it is HEREBY ORDERED THAT:

1.  The Motion is granted as set forth herein.

2.  The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by this Court under Case No. 18-23302 (RDD).

3.  The caption of the jointly administered cases should read as follows:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| HOOPER HOLMES, INC., <br> D/B/A PROVANT HEALTH, *et al.,*[1] | Case No. 18-23302 (RDD) |
| Debtors. | Jointly Administered |

4.  The foregoing caption satisfies the requirements set forth in Section 342(c)(1) of the Bankruptcy Code.

5.  A docket entry, substantially similar to the following, shall be entered on the docket of each of the Debtors other than Hooper Holmes, Inc. to reflect the joint administration of these chapter 11 cases:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the joint administration of the chapter 11 cases of: Hooper Holmes, Inc.; Hooper Distribution Services, LLC; Hooper Wellness, LLC; Accountable Health Solutions, LLC; Accountable Health

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows:  Hooper Holmes, Inc. (9359); Hooper Distribution Services, LLC (6838); Hooper Wellness, LLC (6005); Accountable Health Solutions, LLC (9625); Hooper Information Services, Inc. (4927); Hooper Kit Services, LLC (8378); and Provant Health Solutions, LLC (8511).  The location of the Debtors' corporate headquarters is 560 N. Rogers Road, Olathe, KS 66286..

4819-7667-2625.2

Solutions, LLC; Hooper Information Services, Inc.; Hooper Kit Services, LLC; and Provant Health Solutions, LLC. All further pleadings and other papers shall be filed in and all further docket entries shall be made in Case No. 18-23302 (RDD).

6.     One consolidated docket, one file, and one consolidated service list shall be maintained by the Debtors and kept by the Clerk of the Court with the assistance of the notice and claims agent retained by the Debtors in these chapter 11 cases.

7.     The Debtors may file their monthly operating reports required by the *Operating Guidelines and Reporting Requirements for Debtors in Possession and Trustees* issued by the U.S. Trustee by consolidating the information required for each Debtor in one report that tracks and breaks out all of the specific information (e.g., receipts, disbursements, etc.) on a debtor-by-debtor basis in each monthly operating report.

8.     Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

9.     The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

10.     Notice of the Motion as provided therein shall be deemed good and sufficient notice of such motion and the requirements of the local rules of this Court are satisfied by such notice.

11.     Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

12.     This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

4

4819-7667-2625.2

Dated: White Plains, New York
      August 29, 2018

/s/ Robert D. Drain
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

4819-7667-2625.2